**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ann Tyrell MURRAY, a/k/a Tiffany,
Defendant—Appellant.**

No. 08–7278.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 21, 2008.

Ann Tyrell Murray, Appellant Pro Se. Laura Marie Everhart, Assistant United

States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ann Tyrell Murray appeals the district court's order denying relief on her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Murray,* No. 2:97–cr–00025–RAJ–3 (E.D.Va. July 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*